UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
Caption in Compliance with D.N.J. LBR 9004-2(c)

Karina Velter, Esquire NJ ID No. 03 44 82005
Weltman, Weinberg & Reis Co., L.P.A.
325 Chestnut Street, Suite 501
Philadelphia, PA 19106
(215) 599-1500
WWR# 07738676



Order Filed on
10/7/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

BEVERLY G. SNYDER

Case No.: 05-40789

Hearing Date: 10/06/09 at 9:00 a.m.

Judge:    Raymond T. Lyons, Jr.
Chapter:    13

| Recommended Local Form: | X  Followed | ☐ Modified |
| --- | --- | --- |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 10/7/2009**

_Raymond T. Lyons_
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Debtor: Beverly G. Snyder
Case No. 05-40789-RTL
Caption of Order: Order Vacating the Automatic Stay

---

Upon the motion of The Huntington National Bank, under Bankruptcy Code Section 362 (a) for relief from the automatic stay as to certain property as hereinafter set forth. And for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and
Prosecute to conclusion one or more action in the court (s) of appropriate jurisdiction to pursue movant's right in the following:

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

    __X__ Real property more fully described as:
           100 Lafayette Street, Hackettstown, NJ 07840

    ____ Personal property more fully described as:

IT IS further ORDERED that the movant may join the Debtor and any trustee appointed in this
case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy
Code.

The movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on this motion.

*Approved by Judge Raymond T. Lyons October 07, 2009*